# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Tsoi,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Patenaude & Felix, A Professional Corporation,<br><br>　　　　　　Defendant(s). | 13-00143 SI MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Constance J. Yu**
Sideman & Bancroft LLP
One Embarcadero Center
8th Floor
San Francisco, CA 94111
415-392-1960

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

---

**Notice of Appointment of Mediator**
13-00143 SI MED　　　　　　　　　　　　　　- 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: April 25, 2013

```
                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Alice M. Fiel


                                        _____/s/_____
                                        ADR Case Administrator
                                        415-522-3148
                                        Alice_Fiel@cand.uscourts.gov
```

**Notice of Appointment of Mediator**
13-00143 SI MED                                - 2 -