IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY TSOI, | No. C 13-00143 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| PATENAUDE & FELIX, ET AL., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>July 26, 2013</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>December 20, 2013</u>.

DESIGNATION OF EXPERTS: <u>November 1, 2013</u>; REBUTTAL: <u>November 11, 2013</u>.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>December 20, 2013</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>January 10, 2014</u>;

Opp. Due <u>January 24, 2014</u>; Reply Due <u>January 31, 2014</u>;

and set for hearing no later than <u>February 14, 2014</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>April 1, 2014</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>April 14, 2014</u> at <u>8:30 AM.</u>,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>2-3</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff withdrew it's motion to strike (#18).
Defendant shall file an amended answer by 5/15/13.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/6/13

_____
SUSAN ILLSTON
United States District Judge