UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ANDY TSOI,
        Plaintiff,

   v.

PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, et al.,
        Defendants.

No. C 13-0143 SI

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     August 30, 2013
Mediator: Constance Yu

    IT IS HEREBY ORDERED that given the exigencies of his situation, plaintiff Andy Tsoi's late request to be excused from appearing in person at the August 30, 2013, mediation before Constance Yu is GRANTED.

    IT IS SO ORDERED.

August 30, 2013     By: _____
Dated                                  Maria-Elena James
                                       United States Magistrate Judge