**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDY TSOI,

        Plaintiff,

  v.

PATENAUDE & FELIX, *et al.*,

        Defendants.
                  /

No. C 13-143 SI

**JUDGMENT**

      In accordance with plaintiff's notice of acceptance of offer of judgment, judgment is hereby entered in favor of plaintiff and against defendants in the amount of $1,001.00, as well as reasonable attorney's fees and costs as agreed to by the parties.  In the event that the parties cannot agree on fees and costs, plaintiff may file a motion for reasonable attorney's fees and costs, and the Court reserves jurisdiction to resolve such a motion.

      **IT IS SO ORDERED AND ADJUDGED.**

Dated: September 19, 2013

                                           SUSAN ILLSTON
                                           United States District Judge