PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD, 3RD FLOOR
SAN DIEGO, CA 92123
TELE: (858)244-7600 FAX: (858) 836-0318

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY TSOI,<br><br>                Plaintiff,<br><br>vs.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California Corporation; and MICHAEL R. BOULANGER, individually and in his official capacity,<br><br>                Defendants. | Case No.: C 13-00143 SI<br><br>[PROPOSED] AMENDED JUDGMENT |

In accordance with plaintiff's notice of acceptance of offer of judgment, judgment is hereby entered in favor of plaintiff and against defendant Patenaude and Felix APC in the amount of $1,001.00, as well as reasonable attorney's fees and costs as agreed to by the parties. In the event that the parties cannot agree on fees and costs, plaintiff may file a motion for reasonable attorney's fees and costs, and the Court reserves jurisdiction to resolve such a motion.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 12/13/13

                                                      SUSAN ILLSTON
                                                      United States District Judge

1

jurisdiction and Commissioner Nixon lost his judicial immunity as is jointly and severably liable. Commissioner Thomas Nixon issued or authorized as subordinate judicial officer to Judge Stephen M Pulido, the final writ of possession, and authorized his clerk to execute the papers and denied stays of eviction.

III. Commissioner Nixon, by failing to seek consent and stipulation of parties denied Sanjay Bhardwaj of his Constitutional right of having the property matter be decided by a Judge rather than a Commissioner. Sanjay Bhardwaj under the California Constitution was entitled to have been offered a chance to assert that right.

IV. Commissioner Nixon also granted *ex parte* orders on or around 11.24.12 to reduce the child custody time of Sanjay Bhardwaj's son Abhinav Bhardwaj so that he has no overnight stay at the said premises. This was to prevent Sanjay Bhardwaj from asserting the defense that Sanjay Bhardwaj needs the said property for the support of his family and his minor son Abhinav Bhardwaj.

V. Commissioner Nixon's direct illegal orders led to the County Police and Sheriff's office to forcibly evict Sanjay Bhardwaj, inflicting on him severe emotional