IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY TSOI, | No. C 13-143 SI |
| Plaintiff, | **ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |
| v. | |
| PATENAUDE & FELIX, *et al.*, | |
| Defendants. | |

Plaintiff's motion for attorney's fees and costs is scheduled for a hearing on December 20, 2013. Pursuant to Civil Local Rule 7-1(b), the Court determines that the matter is suitable for determination without oral argument, and hereby VACATES the hearing. Defendant has filed an administrative motion seeking to continue the hearing in order to file a motion to compel production of documents. The matter is fully briefed, and the Court finds no reason to continue the motion to allow for further litigation on this motion. Defendant's administrative motion is DENIED, and defendant's alternative motion to appear by telephone is DENIED AS MOOT. Docket Nos. 54 & 56. The Court's order on fees will issue presently.

**IT IS SO ORDERED.**

Dated: December 17, 2013

SUSAN ILLSTON
United States District Judge