Fred W. Schwinn (SBN 225575)
Raeon R. Roulston  (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
ANDY TSOI

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDY TSOI,<br><br>                Plaintiff,<br>   v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation; and MICHAEL R. BOULANGER, individually and in his official capacity,<br><br>                Defendants. | Case No. 3:13-CV-00143-SI<br><br>**SATISFACTION OF JUDGMENT** |

     COMES NOW the Plaintiff, ANDY TSOI, in the above entitled action and states that the judgments entered in this case on September 19, 2013 (Doc. 42), and April 15, 2014 (Doc. 61), have been satisfied in full.

                                                       CONSUMER LAW CENTER, INC.

Dated:  October 2, 2014                  By: /s/ Fred W. Schwinn
                                                        Fred W. Schwinn (SBN 225575)
                                                        Attorney for Plaintiff
                                                        ANDY TSOI